IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | No. C 07-80204 MISC MMC |
| Plaintiff | **ORDER REFERRING THOUGHT, INC.'S MOTION TO QUASH TO MAGISTRATE JUDGE** |
| v. | |
| RED HAT, INC., | |
| Defendant / | |

Pursuant to Civil Local Rule 72-1, third-party Thought, Inc.'s "Motion to Quash Third Party Subpoena, or in the Alternative for a Protective Order," filed August 21, 2007, is hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

Thought, Inc. is hereby ORDERED to serve a copy of this order on Red Hat, Inc.

**IT IS SO ORDERED.**

Dated: August 23, 2007

MAXINE M. CHESNEY
United States District Judge