**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | No. C07-80204 MISC MMC (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| RED HAT, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that THIRD-PARTY THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA is set for **October 3, 2007 at 1:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by September 12, 2007.  Reply shall be filed by September 19, 2007.

Dated:  August 27, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy