HARVEY SISKIND LLP
D. Peter Harvey (SBN 55712)
pharvey@harveysiskind.com
Seth I. Appel (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RED HAT, INC., et al.,<br><br>Defendants. | Case No. C 07-80204  MISC MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING  HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

1   The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party
2   subpoena, or in the alternative, for a protective order be rescheduled to October 17, 2007, at 2:30
3   p.m. from October 3, 2007.

Dated: October 1, 2007                    Respectfully submitted,

                                          HARVEY SISKIND LLP

                                          By: _____/s/_____
                                              Seth I. Appel

                                          Attorneys for Defendants
                                          RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

                                          JOHN JASON GENTRY MULLINS

                                          By: _____/s/_____
                                              John Jason Gentry Mullins

                                          Attorneys for Third Party
                                          THOUGHT, INC.

## [~~PROPOSED~~] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to October 17, 2007, at 2:30 p.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated: October 1, 2007

_____
The [Honorable]
United [States...]

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | |
|---|---|
| John Jason Gentry Mullins, Esq.<br>5 Third Street, Suite 815<br>San Francisco, CA 94103<br>Counsel for Thought, Inc. | Allen F. Gardner, Esq.<br>Michael E. Jones, Esq.<br>Potter Minton, A Professional Corporation<br>P.O. Box 359<br>Tyler, TX 75710<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Melvin R. Wilcox, III<br>Smead, Anderson & Dunn<br>2110 Horseshoe Lane<br>P.O. Box 2243<br>Longview, TX 75606<br>Counsel for FireStar Software, Inc. | William H. Boice, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Brian J. McNamera, Esq.<br>Foley & Lardner<br>3000 K Street NW, Suite 500<br>Washington, DC 20007<br>Counsel for FireStar Software, Inc. | Steven Gardner, Esq.<br>Steven D. Moore, Esq.<br>John C. Alemanni, Esq.<br>Jon R. Pierce, Esq.<br>Kilpatrick Stockston LLP<br>1001 West 4th Street<br>Winston-Salem, NC 27104<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |

**  X  **     **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

- 1 -

STIPULATION AND [PROPOSED] ORDER        CASE NO. C 07-80204 MISC MMC (EMC)

|   |   |
|---|---|
| ___ | **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated. |
| ___ | **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated. |
| ___ | **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |
| X | **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made. |
| ___ | **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on October 1, 2007 at San Francisco, California.

_____
Cynthia Lee