UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | No. C-07-80204 MISC MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER DENYING THOUGHT, INC.'S MOTION TO COMPEL ANSWERS TO REQUEST FOR STIPULATIONS AND INFO** |
| RED HAT, INC. | |
| Defendant. | **(Docket Nos. 10 and 11)** |
| _____/ | |

   Previously, Third-party Thought, Inc. filed a motion to quash a subpoena which was served on it by Defendant Red Hat, Inc. Thought and Red Hat agreed to continue the hearing on the motion to October 17, 2007. Now Thought has filed a motion in which it asks the Court to compel Red Hat to stipulate to certain facts and information in order to "focus the meet and confer" on the motion to quash. Having reviewed Thought's motion to compel as well as its "stipulation request" to Red Hat, the Court hereby **DENIES** the motion to compel. The parties are ordered to meet and confer in good faith on all matters relevant to Thought's motion to quash.

   IT IS SO ORDERED.

Dated: October 4, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge