United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9  FIRESTAR SOFTWARE, INC.,                    No. C07-80204 MISC MMC (EMC)

10          Plaintiff,

11      v.                                     **CLERK'S NOTICE**

12  RED HAT, INC.,

13          Defendant.
   _____/

14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16          YOU ARE NOTIFIED that THIRD-PARTY THOUGHT, INC.'S MOTION TO QUASH

17  THIRD PARTY SUBPOENA set for October 17, 2007 at 2:30 p.m. is reset for **October 17, 2007 at**

18  **2:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate

19  Avenue, San Francisco, California 94102.

20  Dated:  October 12, 2007

21                                    FOR THE COURT,
                                      Richard W. Wieking, Clerk

22

23

24                          by:  _____
                                 Betty Fong
25                               Courtroom Deputy

26

27

28