HARVEY SISKIND LLP
D. Peter Harvey (SBN 55712)
pharvey@harveysiskind.com
Seth I. Appel (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> RED HAT, INC., et al., <br><br> Defendants. | Case No. C 07-80204 MISC MMC (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to November 7, 2007, at 10:30 a.m.

Dated: October 15, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

JOHN JASON GENTRY MULLINS

By: _____
John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.

## [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to November 7, 2007, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:

_____
The Honorable Edward M. Chen
United States District Court Judge

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | |
|---|---|
| John Jason Gentry Mullins, Esq.<br>5 Third Street, Suite 815<br>San Francisco, CA 94103<br>Counsel for Thought, Inc. | Allen F. Gardner, Esq.<br>Michael E. Jones, Esq.<br>Potter Minton, A Professional Corporation<br>P.O. Box 359<br>Tyler, TX 75710<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Melvin R. Wilcox, III<br>Smead, Anderson & Dunn<br>2110 Horseshoe Lane<br>P.O. Box 2243<br>Longview, TX 75606<br>Counsel for FireStar Software, Inc. | William H. Boice, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Brian J. McNamera, Esq.<br>Foley & Lardner<br>3000 K Street NW, Suite 500<br>Washington, DC 20007<br>Counsel for FireStar Software, Inc. | Steven Gardner, Esq.<br>Steven D. Moore, Esq.<br>John C. Alemanni, Esq.<br>Jon R. Pierce, Esq.<br>Kilpatrick Stockston LLP<br>1001 West 4th Street<br>Winston-Salem, NC 27104<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |

__X__   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

|   |   |   |
|---|---|---|
| 1 | ___ | **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated. |
| 2 |   |   |
| 3 |   |   |
| 4 | ___ | **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated. |
| 5 |   | **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |
| 6 | ___ |   |
| 7 |   |   |
| 8 | X | **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made. |
| 9 |   |   |
| 10 | ___ | **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 11 |   | Executed on October 15, 2007 at San Francisco, California. |

_____
Cynthia Lee

- 2 -