**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRESTAR SOFTWARE, INC.,                    No. C07-80204 MISC MMC (EMC)

            Plaintiff,

    v.                                      **CLERK'S NOTICE**

RED HAT, INC.,

            Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

        YOU ARE NOTIFIED that THIRD-PARTY THOUGHT, INC.'S MOTION TO QUASH

THIRD PARTY SUBPOENA set for November 7, 2007 at 10:30 a.m. is reset for **November 21,**

**2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450

Golden Gate Avenue, San Francisco, California 94102.

Dated:  October 19, 2007

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk


                                            by:  _____
                                                 Betty Fong
                                                 Courtroom Deputy