HARVEY SISKIND LLP
D. Peter Harvey (SBN 55712)
pharvey@harveysiskind.com
Seth I. Appel (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants
RED HAT, INC. and
RED HAT MIDDLEWARE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED HAT, INC., et al.,<br><br>　　　　Defendants. | Case No. C 07-80204 MISC MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

1  The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party
2  subpoena, or in the alternative, for a protective order be rescheduled to November 28, 2007, at 10:30
3  a.m.

4  Dated: October 24, 2007                    Respectfully submitted,

                                              HARVEY SISKIND LLP

                                              By: _____
                                                   Seth I. Appel

                                              Attorneys for Defendants
                                              RED HAT, INC. and RED HAT MIDDLEWARE, LLC.


                                              JOHN JASON GENTRY MULLINS

                                              By: _____
                                                   John Jason Gentry Mullins

                                              Attorneys for Third Party
                                              THOUGHT, INC.


## [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to November 28, 2007, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:
                                              _____
                                              The Honorable Edward M. Chen
                                              United States District Court Judge