1  HARVEY SISKIND LLP
   D. Peter Harvey (SBN 55712)
2  pharvey@harveysiskind.com
   Seth I. Appel (SBN 233421)
3  sappel@harveysiskind.com
4  4 Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile:  (415) 391-7124
6
7  Attorneys for Defendants
   RED HAT, INC. and
8  RED HAT MIDDLEWARE, LLC

9

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15  FIRESTAR SOFTWARE, INC.,            Case No. C 07-80204 MISC MMC (EMC)

16              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER RESCHEDULING HEARING
17  v.                                  ON THOUGHT, INC.'S MOTION TO
                                        QUASH THIRD PARTY SUBPOENA, OR
18  RED HAT, INC., et al.,              IN THE ALTERNATIVE, FOR A
                                        PROTECTIVE ORDER**
19              Defendants.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    CASE NO. C 07-80204 MISC MMC (EMC)

The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to December 19, 2007, at 10:30 a.m.

Dated: November 1, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
           Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.


JOHN JASON GENTRY MULLINS

By: _____
           John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.


## [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to December 19, 2007, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:

_____
The Honorable Edward M. Chen
United States District Court Judge