| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. Peter Harvey (SBN 55712) |
| 2 | pharvey@harveysiskind.com |
| | Seth I. Appel (SBN 233421) |
| 3 | sappel@harveysiskind.com |
| 4 | 4 Embarcadero Center, 39th Floor |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 354-0100 |
| | Facsimile:   (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Defendants |
| | RED HAT, INC. and |
| 8 | RED HAT MIDDLEWARE, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | Case No. C 07-80204  MISC MMC (EMC) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESCHEDULING  HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER |
| v. | |
| RED HAT, INC., et al., | |
| Defendants. | |

The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to December 19, 2007, at 10:30 a.m.

Dated: November 1, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: *[signature]*
Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

JOHN JASON GENTRY MULLINS

By: *[signature]*
John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.

## [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to December 19, 2007, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated: November 2, 2007

_____
The Honorable
United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]