| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. Peter Harvey (SBN 55712)<br>pharvey@harveysiskind.com |
| 3 | Seth I. Appel (SBN 233421)<br>sappel@harveysiskind.com |
| 4 | 4 Embarcadero Center, 39th Floor<br>San Francisco, California  94111 |
| 5 | Telephone:  (415) 354-0100<br>Facsimile:   (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Defendants<br>RED HAT, INC. and |
| 8 | RED HAT MIDDLEWARE, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | Case No. C 07-80204  MISC MMC (EMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING  HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |
| v. | |
| RED HAT, INC., et al., | |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER                                             CASE NO. C 07-80204  MISC MMC (EMC)

1 | In light of the Parties' arrangement, memorialized in the letter filed concurrently herewith, the Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to February 6, 2007, at 10:30 a.m.

Dated: December 17, 2007                    Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
                Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.


JOHN JASON GENTRY MULLINS

By: _____/jgm/_____
            John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.


# [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to February 6, 2007, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:

_____
The Honorable Edward M. Chen
United States District Court Judge