1  HARVEY SISKIND LLP
   D. Peter Harvey (SBN 55712)
2  pharvey@harveysiskind.com
   Seth I. Appel (SBN 233421)
3  sappel@harveysiskind.com
4  4 Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendants
   RED HAT, INC. and
8  RED HAT MIDDLEWARE, LLC

9
10
11              IN THE UNITED STATES DISTRICT COURT
12           FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14

15 | FIRESTAR SOFTWARE, INC.,           Case No. C 07-80204 MISC MMC (EMC)
16 |        Plaintiff,                  **STIPULATION AND [PROPOSED]
17 | v.                                 ORDER RESCHEDULING HEARING
                                        ON THOUGHT, INC.'S MOTION TO
18 |                                    QUASH THIRD PARTY SUBPOENA, OR
   | RED HAT, INC., et al.,             IN THE ALTERNATIVE, FOR A
19 |                                    PROTECTIVE ORDER**
   |        Defendants.
20

21
22
23
24
25
26
27
28

---
STIPULATION AND [PROPOSED] ORDER                    CASE NO. C 07-80204 MISC MMC (EMC)

The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.

Dated: January 31, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

JOHN JASON GENTRY MULLINS

By: _____/s/_____
John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.

## [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:

_____
The Honorable Edward M. Chen
United States District Court Judge