| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. Peter Harvey (SBN 55712)<br>pharvey@harveysiskind.com |
| 3 | Seth I. Appel (SBN 233421)<br>sappel@harveysiskind.com |
| 4 | 4 Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Defendants<br>RED HAT, INC. and |
| 8 | RED HAT MIDDLEWARE, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRESTAR SOFTWARE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED HAT, INC., et al.,<br><br>　　　　Defendants. | Case No. C 07-80204 MISC MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

1  The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party
2  subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.
3  Dated: January 31, 2008                    Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
             Seth I. Appel

Attorneys for Defendants
RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

JOHN JASON GENTRY MULLINS

By: _____/s/_____
       John Jason Gentry Mullins

Attorneys for Third Party
THOUGHT, INC.

### [PROPOSED] ORDER

The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated: February 1, 2006

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen