HARVEY SISKIND LLP
D. Peter Harvey (SBN 55712)
pharvey@harveysiskind.com
Seth I. Appel (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants
RED HAT, INC. and
RED HAT MIDDLEWARE, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> RED HAT, INC., et al., <br><br> Defendants. | Case No. C 07-80204 MISC MMC (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

The Parties hereby stipulate that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.

Dated: January 31, 2008                    Respectfully submitted,

                                           HARVEY SISKIND LLP

                                           By: _____/s/_____
                                                   Seth I. Appel

                                           Attorneys for Defendants
                                           RED HAT, INC. and RED HAT MIDDLEWARE, LLC.

                                           JOHN JASON GENTRY MULLINS

                                           By: _____/s/_____
                                                John Jason Gentry Mullins

                                           Attorneys for Third Party
                                           THOUGHT, INC.

# [P~~ROP~~OSED] ORDER

       The Parties have stipulated that the hearing on Thought, Inc.'s motion to quash third party subpoena, or in the alternative, for a protective order be rescheduled to March 19, 2008, at 10:30 a.m.

       Good cause appearing therefore:

       IT IS SO ORDERED.

Dated: February 1, 2006

                                           _____
                                           The Honorable Edward M. Chen
                                           United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

STIPULATION AND [PROPOSED] ORDER                    CASE NO. C 07-80204 MISC MMC (EMC)