HARVEY SISKIND LLP
D. Peter Harvey (SBN 55712)
pharvey@harveysiskind.com
Seth I. Appel (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants
RED HAT, INC. and
RED HAT MIDDLEWARE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRESTAR SOFTWARE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED HAT, INC., et al.,<br><br>　　　　Defendants. | Case No. C 07-80204 MISC MMC (EMC)<br><br>**NOTICE OF WITHDRAWAL<br>OF SUBPOENA** |

　　　Red Hat, Inc. and Red Hat Middleware, LLC ("Red Hat") hereby withdraw their subpoena, served on Thought, Inc. ("Thought") on August 6, 2007.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 18, 2008　　　　　　　　　HARVEY SISKIND LLP

　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Seth I. Appel

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　RED HAT, INC. and RED HAT MIDDLEWARE, LLC

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **NOTICE OF WITHDRAWAL OF SUBPOENA**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| | |
|---|---|
| John Jason Gentry Mullins, Esq.<br>5 Third Street, Suite 815<br>San Francisco, CA 94103<br>Counsel for Thought, Inc. | Allen F. Gardner, Esq.<br>Michael E. Jones, Esq.<br>Potter Minton, A Professional Corporation<br>P.O. Box 359<br>Tyler, TX 75710<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Melvin R. Wilcox, III<br>Smead, Anderson & Dunn<br>2110 Horseshoe Lane<br>P.O. Box 2243<br>Longview, TX 75606<br>Counsel for FireStar Software, Inc. | William H. Boice, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |
| Brian J. McNamera, Esq.<br>Foley & Lardner<br>3000 K Street NW, Suite 500<br>Washington, DC 20007<br>Counsel for FireStar Software, Inc. | Steven Gardner, Esq.<br>Steven D. Moore, Esq.<br>John C. Alemanni, Esq.<br>Jon R. Pierce, Esq.<br>Kilpatrick Stockton LLP<br>1001 West 4th Street<br>Winston-Salem, NC 27104<br>Counsel for Red Hat, Inc.<br>and Red Hat Middleware LLC |

__X__    **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

| | |
|---|---|
| 1 | ___ |
| 2 | |
| 3 | ___ |
| 4 | |
| 5 | |
| 6 | **X** |
| 7 | |
| 8 | ___ |

1  
2    **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

3  
4    **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.
5

6    **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.
7

8    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9    Executed on March 18, 2008 at San Francisco, California.

*[signature]*
_____
Cynthia Lee

- 2 -