**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRESTAR SOFTWARE, INC., | No. C07-80204 MISC MMC (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| RED HAT, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that THIRD-PARTY THOUGHT, INC.'S MOTION TO QUASH THIRD PARTY SUBPOENA set for March 19, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 is **vacated.**

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy