**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    FIRESTAR SOFTWARE, INC.,                    No. C-07-80204 MISC MMC (EMC)

9           Plaintiff,

10      v.                                        **ORDER FINDING THOUGHT, INC.'S
                                                  MOTION TO QUASH OR IN THE**
11   RED HAT, INC.                                **ALTERNATIVE FOR A PROTECTIVE
                                                  ORDER MOOT**
12          Defendant.
                                                  **(Docket No. 1)**
13
     _____/
14

15

16       On August 21, 2007, third-party Thought, Inc. filed a motion to quash a subpoena which was

17   served on it by Defendant Red Hat, Inc.  The hearing on the motion was continued several times as

18   the parties attempted to resolve the matter without the need for judicial intervention.  On March 18,

19   2008, both parties filed submissions, as the Court's request, providing an update as to the status of

20   the discovery dispute.  In its submission, Red Hat stated that it intended to withdraw its subpoena.

21   Based on that representation, the Court hereby finds Thought's motion to quash or, in the

22   alternative, for a protective order moot.  The hearing on the motion is therefore **VACATED**.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

1    The parties should meet and confer to determine what should happen with the legacy ORM

2  CocoBase software that Thought provided to Red Hat, now that Red Hat has withdrawn its

3  subpoena.  If the parties are unable to come to an agreement, then they should file a one-page joint

4  letter to the Court, stating what the remaining dispute is and the parties' respective positions.  The

5  joint letter shall be filed by April 2, 2008.

6

7    IT IS SO ORDERED.

8

9  Dated:  March 18, 2008

10

_____

EDWARD M. CHEN
11                                                                   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2